Mitchell R. Eason, Appellant, v. MacDonald & Company, Inc., et al., Respondents.—

Concur—Nunez, J. P., Kupferman and McNally, JJ.; Steuer, J., dissents in the following memorandum: I dissent upon the opinion of CARNEY, J. at Special Term and would affirm, with costs.